**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00445-CV

**GEORGE MORRIS, Appellant**

**V.**

**SOUTHERN JOURNEYS OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02709-2016**

## ORDER

Before the Court is appellant's July 24, 2017 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on July 24, 2017 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE